IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN NANNI, *an individual*, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:15-CV-03493-RDB |
| v. | ) ) ) | |
| IKEA PROPERTY, INC., *a Delaware Corporation*, | ) ) ) ) | |
| Defendant. | ) / | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice with each party bearing its respective fees and costs.

Dated: May 23, 2016

Respectfully Submitted,   Respectfully Submitted,

*/s/ Robert W. King*
Robert W. King (MD 07156)
Robert W. King, Attorney at Law
5303 Baltimore Ave.
Suite 210
Hyattsville, MD 20781
T: (301) 699-1340
F: (301) 699-1245
bobking@silverkinglaw.com
*Attorneys for Plaintiff*

*/s/ Donna M. Glover*
Donna M. Glover (Fed. Bar No. 28250)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
T: (410) 415-2000
F: (410) 415-2001
Donna.Glover@jacksonlewis.com

-and-

Joseph J. Lynett, (State Bar No. 2725745)
*Admitted Pro Hac Vice*
JACKSON LEWIS P.C.
44 South Broadway

White Plains, New York 10601-2305<br>
T: (914) 872-8060<br>
F: (914) 946-1216<br>
Joseph.Lynett@jacksonlewis.com<br>
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record.

*/s/ Robert W. King*
Robert W. King (MD 07156)