## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN NANNI,<br>*an individual,*<br><br>        Plaintiff,<br><br>v.<br><br>IKEA PROPERTY, INC.,<br>*a Delaware Corporation,*<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/     Case No.: 1:15-CV-03493-RDB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice with each party bearing its respective fees and costs.

Dated: May 23, 2016

Respectfully Submitted,

*/s/ Robert   W. King*
Robert W. King (MD 07156)
Robert W. King, Attorney at Law
5303 Baltimore Ave.
Suite 210
Hyattsville, MD 20781
T: (301) 699-1340
F: (301) 699-1245
bobking@silverkinglaw.com
*Attorneys for Plaintiff*

Respectfully Submitted,

*/s/ Donna M. Glover*
Donna M. Glover (Fed. Bar No. 28250)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
T: (410) 415-2000
F: (410) 415-2001
Donna.Glover@jacksonlewis.com

-and-

Joseph J. Lynett, (State Bar No. 2725745)
*Admitted Pro Hac Vice*
JACKSON LEWIS P.C.
44 South Broadway

**Request Granted this 26th day of May, 2016.**

Richard D. Bennett
United States District Judge